C2-04-962
Safelite Group vs. Zurich American Ins. Co.

Wednesday, February 28, 2007, 10:00 A.M.

# STATUS/SETTLEMENT CONFERENCE

# SEATING CHART

**For Plaintiff,**  **For Defendant,**

(5) _____   (5) _____

(4) _____   (4) Bruce Meckler

(3) Dan Jabe, Esq   (3) Ira Sussman

(2) Mark Smolik
Client -   (2) Percy Squire

(1) Jack Montgomery, Esq.   (1) Steven Janik

**JUDGE EDMUND A. SARGUS, JR.**

Beth Preston
Law Clerk

Laura Samuels
Court Reporter