# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SAFELITE GROUP, INC. | : | |
| Plaintiff, | : | Case No. C2 04-CV-962 |
| | : | |
| vs. | : | Judge Sargus |
| | : | |
| ZURICH AMERICAN INSURANCE CO., | : | Magistrate Judge Abel |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Safelite Group, Inc. ("Safelite") hereby dismisses with prejudice its complaint and the claims asserted therein against Defendant Zurich American Insurance Co. ("Zurich"), and Zurich hereby dismisses with prejudice its counterclaim and the claims asserted therein against Safelite. The parties shall each bear their own costs, expenses, and attorney fees.

**IT IS SO AGREED.**

| | |
|---|---|
| /s/ Daniel N. Jabe | /s/ Steven G. Janik |
| J. Kevin Cogan (0009717) | Steven G. Janik (0021934) |
| Daniel N. Jabe (0076834) | Thomas D. Lambros (0049206) |
| JONES DAY | Andrew J. Dorman (0063410) |
| 325 John H. McConnell Blvd., Suite 600 | JANIK & DORMAN, LLP |
| Columbus, Ohio 43215-2673 | 9200 South Hills Boulevard, Suite 300 |
| Telephone: (614) 469-3939 | Cleveland, Ohio 44147-3521 |
| Facsimile: (614) 461-4198 | (440) 838-7600 * Fax (440) 838-7601 |
| E-mail: jcogan@JonesDay.com | Email: Steven.Janik@Janiklaw.com |
| E-mail: djabe@JonesDay.com | Thomas.Lambros@Janiklaw.com |
| | Andrew.Dorman@Janiklaw.com |
| J. W. Montgomery, III | |
| JONES DAY | *Attorneys for Zurich American Insurance Co.* |
| One Mellon Bank Center, 31st Floor | |
| 500 Grant Street | |
| Pittsburgh, PA 15219 | |
| Telephone: (412) 391 3939 | |
| Facsimile: (412) 394-7959 | |
| E-mail: jwmontgomery@JonesDay.com | |

*Attorneys for Safelite Group, Inc.*

COI-1374074v1

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to Steven G. Janik, Janik & Dorman LLP, 9200 South Hills Blvd, Suite 300, Cleveland, Ohio 44147-3521, via email at Steven.Janik@Janiklaw.com, attorney for Defendant Zurich American Insurance Co., on this 13th day of August, 2007.

      /s/ Daniel N. Jabe
      One of the Attorneys for Safelite Group, Inc.